

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2017

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

No. 04-16-00738-CV

**IN RE FE EXPRESS, LLC** and Francisco Javier Bernal

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellants have filed a motion to abate this consolidated proceeding, Cause Nos. 04-16-00738 & 04-16-00723. We take no action on the motion at this time. We **order** the briefing deadlines in this consolidated proceeding suspended pending further order of the court. We further **order** appellants, FE Express, LLC and Francisco Javier Bernal, to file a report advising this court on the status of appellees' contest to the sufficiency of the supersedeas bond in trial court Cause No. 2014CVT001295-D3 by April 14, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2017.



Keith E. Hottle
Clerk of Court